UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA ex rel. )
DANA SPENCER, et al., )
  )
                    Plaintiffs, )
  )                                Civil Action No.
        -against- )                05-12326
  )
PFIZER, INC. )
  )
                    Defendant, )

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the August 31, 2009 Settlement Agreement among the United States, Pfizer Inc. and Relator Dana Spencer (the "Settlement Agreement"), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all civil monetary claims asserted on behalf of the United States against Pfizer concerning the Covered Conduct as defined in Preamble Paragraph F of the Settlement Agreement, (2) dismissing without prejudice to the United States and with prejudice to Relator as to all other entities and individuals and as to all other claims; and (3) dismissing with prejudice all claims asserted on behalf of Relator for attorneys' fees under 31 U.S.C. § 3730(d).

Relator, on behalf of herself, her heirs, successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that they will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that they expressly waive the

1

opportunity for a hearing on any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B).

    The parties respectfully request that the Court enter an order in the form of the attached

proposed order.

Dated: Boston, Massachusetts
    October 6, 2009

                                        Respectfully submitted.

For the United States

                                        TONY WEST
                                        Assistant Attorney General,
                                        Civil Division

                                        MICHAEL K. LOUCKS
                                        Acting United States Attorney

                                    By: _____
                                        Sara Miron Bloom
                                        Susan M. Poswistilo
                                        Zachary A. Cunha
                                        Assistant U.S. Attorneys
                                        Suite 9200, One Courthouse Way
                                        Boston, MA 02210
                                        (617) 748-3265

                                        JOYCE R. BRANDA
                                        JAMIE ANN YAVELBERG
                                        SANJAY BHAMBHANI
                                        Attorneys, Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 261
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        Tel:  (202) 514-6846
                                        Fax:  (202) 305-4117

                                        2

11/06/2009  11:24    7575961925                    WVHOYLE                        PAGE  04/05
                                                US ATTORNYS OFFICE              004/008

For Relator:

William V. Hoyle, Jr.
The Law Offices of William V. Hoyle, Jr., PC
Counsel to Relator Dana Spencer

For Pfizer:

Brien O'Connor
Joshua Levy
Ropes & Gray LLP
Counsel to Pfizer Inc and Pharmacia & Upjohn
Company, Inc.

3