UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>DANA SPENCER, et al.,<br><br>                  Plaintiffs,<br><br>      -against-<br><br>PFIZER, INC.<br>                  Defendant. | Civil Action No.<br>05-12326 |

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, Pfizer Inc, and Relator Dana Spencer ("Relator") filed a Stipulation of Dismissal as to Claims Against Pfizer. Upon due consideration of the Stipulation, and the papers on file in this action,

IT IS HEREBY ORDERED that,

1. Consistent with the terms of the August 31, 2009, Settlement Agreement executed by the United States, Pfizer, and Relator (the "Settlement Agreement"), all civil monetary claims asserted on behalf of the United States against Pfizer concerning the Covered Conduct as defined in Preamble Paragraph F of the Settlement Agreement shall be dismissed with prejudice; and

2. Consistent with the terms and conditions of the Settlement Agreement, all civil monetary claims asserted on behalf of the United States as to all other entities and individuals and as to all other claims shall be dismissed without prejudice as to the United States and with prejudice as to Relator; and

3.  All claims asserted on behalf of Relator for attorneys' fees under 31 U.S.C. § 3730(d) shall be dismissed with prejudice.

SO ORDERED this 21st day of December, 2009

/s/ Douglas P. Woodlock
HON. DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE